# FILED

DEC 1 9 2019 KM

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANTE KNOTT

Case No. **19 CR 954**

Violation: Title 49, United States Code,
Section 46503

**JUDGE KENDALL**

**MAGISTRATE JUDGE VALDEZ**

## COUNT ONE

The SPECIAL JULY 2018 GRAND JURY charges:

On or about May 23, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

DANTE KNOTT,

in an area within a commercial service airport, O'Hare International Airport, in the United States, did knowingly assault A.J., an air carrier employee who had security duties within the airport, and such assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties;

In violation of Title 49, United States Code, Section 46503.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY