

| Query | Reports | Utilities | Help | What's New | Log Out |

**CLOSED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:20-mj-00733-DUTY All Defendants

Case title: USA v. Knott  
Other court case number: 19CR954 Northern District of Illinois

Date Filed: 02/14/2020  
Date Terminated: 02/14/2020

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Dante Knott**  
*TERMINATED: 02/14/2020*

represented by **Adithya Mani**  
Federal Public Defenders Office  
321 East 2nd Street  
Los Angeles, CA 90012  
213-894-2854  
Fax: 213-894-0081  
Email: Adithya_Mani@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
Defendant in violation of 49:46503

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Assistant 2241-2255 US Attorney LA-CR**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Dante Knott, originating in the Northern District of Illinois. Defendant charged in violation of: 49:46503. Signed by agent David Gates, FBI, SSA. (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Dante Knott; defendants Year of Birth: 1998; date of arrest: 2/14/2020 (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jacqueline Chooljian as to Defendant Dante Knott Defendant arraigned and states true name is as charged. Attorney: Adithya Mani for Dante Knott, Deputy Federal Public Defender, present. Court orders bail set as: Dante Knott (1) $10,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Northern District of Illinois. RELEASE ORDER NO 39595 Court Smart: CS 2/14/20. (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 4 | SEALED Defendant Dante Knott arrested on warrant issued by the USDC Northern District of Illinois (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 5 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Dante Knott (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Dante Knott. (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Jacqueline Chooljian as to Defendant Dante Knott. (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 8 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Dante Knott conditions of release: $10,000 Unsecured Appearance Bond, see attached for terms and conditions approved by Magistrate Judge Jacqueline Chooljian. (mhe) (Entered: 02/19/2020) |
| 02/14/2020 | 9 | |

|  |  | FINANCIAL AFFIDAVIT filed as to Defendant Dante Knott. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 02/20/2020) |
|---|---|---|
| 02/14/2020 |  | Notice to Northern District of Illinois of a Rule 5 or Rule 32 Initial Appearance as to Defendant Dante Knott. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 3 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 02/20/2020) |

FILED

2020 FEB 14  PM 12:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____CP_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA <br> PLAINTIFF(S) <br> v. <br> Dante Knott <br> DEFENDANT(S). | CASE NUMBER <br> 19CR954  20MJ00733 <br><br> AFFIDAVIT RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Indictment__
in the __Northern__ District of __Illinois__ on __12/20/2019__
at __2__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __5/23/2019__
in violation of Title __49__ U.S.C., Section(s) __46503__
to wit: __Interference w/ security screening personnel__

A warrant for defendant's arrest was issued by: __Judge Kendall, Mag Judge__

Bond of $ __Not Specified__ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __2/14/2020__, by

_____, Deputy Clerk.

Signature of Agent

David Gates
Print Name of Agent

FBI
Agency

SSA
Title

CR-52 (05/98)         AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Plaintiff, | Western Division | Out of District Affidavit Custody |
|---|---|---|---|
| vs. | | Case Number: 2:20-MJ-00733 | |
| Dante Knott | | Initial App. Date: 02/14/2020 | |
| | | Initial App. Time: 2:00 PM | |
| | Defendant. | Date Filed: 02/14/2020 | |
| | | Violation: 49:46503F | |
| | | CourtSmart/ Reporter: CS 02/14/2020 | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Jacqueline Chooljian | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Luengo, Donnamarie _____ DOMINIQUE CAAMANO _____ None
_Deputy Clerk_ _Assistant U.S. Attorney_ _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☒ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Adithya Mani, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☒ BAIL FIXED AT $ 10,000. _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☒ Process received.
☒ Court ORDERS defendant Held to Answer to No District of ILLINOIS
   ☒ Bond to transfer, if bail is posted. Defendant to report on or before SEE "OTHER"
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☒ RELEASE ORDER NO: 39595
☒ Other: COUNSEL TO ADVISE DEF DATE/TIME TO APPEAR IN CHARGING DISTR.
   ☐ PSA ☐ USPO ☐ FINANCIAL ☐ READY
   Deputy Clerk Initials _____ :14

M-5 (10/13) CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE Page 1 of 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. Dante Knott DEFENDANT. | CASE NUMBER: 20-mj-733 WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the __Northern__ District of __Illinois__ alleging violation of __49-CFR-46502__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1) have an identity hearing to determine whether I am the person named in the charges;
  (2) arrival of process;

*-Check one only-*

[X] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES:**
  (3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

  [ ] have an identity hearing
  [X] arrival of process
  [ ] have a preliminary hearing
  [ ] have an identity hearing, and I have been informed that I have no right to a preliminary hearing
  [X] have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: __2/14/20__

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.
Date: _____

_____
Interpreter (if required)

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Dante Knott**     **Case No.** 2:20-MJ-00733-DUTY

☒ Defendant     ☐ Material Witness

**Violation of Title and Section:** 49:46503F

☐ Summons    ☒ Out of District    ☐ Under Seal    ☐ Modified Date: _____

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)
2. ☒ Unsecured Appearance Bond $ 10,000.
3. ☐ Appearance Bond $ _____
   (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
   (b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: _____

(c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: _____

☐ With Full Deeding of Property: _____

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____
5. ☐ Corporate Surety Bond in the Amount of: $ _____

Release No. **39595**

☐ Release to Pretrial ONLY
☐ Release to Probation ONLY
☐ Forthwith Release

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by:

☐ Third-Party Custody Affidavit (*Form CR-31*)

☒ Bail Fixed by Court: JC / DL
(*Judge / Clerk's Initials*)

### PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).
☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).
☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

### ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☐ Submit to: ☐ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
(*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☐ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☐ Travel is restricted to _____ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☐ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.
☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.
☐ Maintain or begin an educational program and provide proof to Supervising Agency.

**Defendant's Initials:** DK    **Date:** 04/14/2020

CR-1 (02/18)     CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM     PAGE 1 OF 4

Case Name: United States of America v. Dante Knott    Case No. 2:20-MJ-00753-DUTY

■ Defendant    ☐ Material Witness

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____.

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☐ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☐ **will** or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

☐ Location monitoring only - no residential restrictions;

-or-

☐ You are restricted to your residence every day:

☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

☐ as directed by Supervising Agency;

-or-

Defendant's Initials: DK    Date: 09/14/br

Case Name: United States of America v. **Dante Knott**      Case No.: 2:20-MJ-00733-DUTY

■ Defendant     ☐ Material Witness

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and _____, all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**     ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ___ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☐ Other conditions:

_____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _DK_     Date: _04/14/20_

Case Name: United States of America v. **Dante Knott**  Case No. 2:20-MJ-00733-DUTY

☒ Defendant    ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside**, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.

_____02/14/20_____    _____/s/ Dante Knott_____    _____(310) 213-8125_____
Date                                          Signature of Defendant / Material Witness                                 Telephone Number

_____Inglewood    CA_____
City and State (**DO NOT INCLUDE ZIP CODE**)

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____                                    _____
Interpreter's Signature                                                                              Date

Approved: _____/s/_____                       _____2/14/2020_____
United States District Judge / Magistrate Judge                         Date

If cash deposited: Receipt # _____    for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: __DK__  Date: __02/14/20__

CR-1 (02/18)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 4 OF 4